(COB #228 voApp4CompReimExpNew)(03/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Kimberley H. Tyson

In re:

    Angela Monique Maestas

Debtor(s)

| | |
|---|---|
| Case No.: | 15−10161−KHT |
| Chapter: | 7 |

SSN/TID
Nos.    xxx−xx−2086

---

### ORDER APPROVING APPLICATION FOR COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

    The Trustee having filed an Application for Compensation and Reimbursement of Expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's Application and attached Exhibit A included therein, it is:

    Ordered that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Application.

Dated:  7/22/20

                        BY THE COURT:
                        s/ Kimberley H. Tyson
                        United States Bankruptcy Judge